# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**B.T. PALMER, M.N. FULTON, D.A. NORKIN**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## MICHAEL B. MURRRAY
## ELECTRONICS TECHNICIAN SEAMAN (E-3), U.S. NAVY

### NMCCA 201600110
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 19 January 2016.
**Military Judge**: CAPT Paul C. Leblanc, JAGC, USN.
**Convening Authority**: Commanding Officer, Assault Craft Unit
FIVE, Camp Pendleton, CA.
**For Appellant**: Maj Emmett S. Collazo, USMCR.
**For Appellee**: Brian K. Keller, Esq.

### 28 June 2016

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court